**UNITED STATES of America,**
**Plaintiff—Appellee**

v.

**Alejandro CANO–ZAMBRANO also known as, Jose Lopez–Vizueth, Defendant—Appellant.**

No. 06–50688.

United States Court of Appeals, Fifth Circuit.

Jan. 19, 2007.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.